STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
JIAE MOON (State Bar No. 198370)
SETH M. GOLDSTEIN (State Bar No. 232071)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  SPRINGLEAF FINANCIAL SERVICES, INC.,
  formerly known as AMERICAN GENERAL
  FINANCIAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCRESIA CISNEROS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **Case No. 4:11-cv-02869-LB**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION AND ON PLAINTIFF'S POTENTIAL MOTION TO REMAND** |

[PROPOSED] ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE

LA 51434419

Good cause appearing, it is ordered that:

(1) If Plaintiff determines to file a motion to remand, Plaintiff shall file such motion by October 5, 2011.

(2) Plaintiff shall file her opposition to Defendant Springleaf Financial Services, Inc.'s motion to compel arbitration on October 5, 2011.

(3) Defendant Springleaf Financial Services, Inc. shall file its reply in support of its motion to compel arbitration and its opposition to any motion to remand on October 19, 2011.

(4) Plaintiff shall file her reply in support of any motion to remand on October 26, 2011.

(5) Hearing on both Defendant's Springleaf Financial Services, Inc.'s motion to compel arbitration and Plaintiff's potential motion for remand shall be set for __November 18__, 2011.

IT IS SO ORDERED.

Dated: July _7_, 2011         By: _____

Hon. Charles R. Breyer
United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE

LA 51434419