STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
JEFFREY B. BELL (State Bar No. 269648)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  SPRINGLEAF FINANCIAL SERVICES, INC.,
  formerly known as AMERICAN GENERAL
  FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRESIA CISNEROS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 3:11-cv-02869-CRB(LB)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference:<br><br>Current Date:    9/14/2012 at 8:30 a.m.<br><br>Proposed Date:  10/5/2012 at 8:30 a.m. |

1   WHEREAS, on April 26, 2012, plaintiff Lucresia Cisneros ("Plaintiff") filed the operative

2   Second Amended Complaint (the "SAC") in this action, which SAC was served on defendant

3   Springleaf Financial Services, Inc., formerly known as American General Financial Services, Inc.

4   ("AGFS"), on the same day;

5   WHEREAS, on May 17, 2012, AGFS filed a Motion to Compel Arbitration and Stay

6   Action (the "Motion");

7   WHEREAS, the Court denied the Motion on July 24, 2012;

8   WHEREAS, a Joint Case Management Statement is due September 7, 2012 and a Further

9   Case Management Conference is currently set for September 14, 2012 at 8:30 a.m.;

10  WHEREAS, due to scheduling conflicts of AGFS's counsel, the parties have agreed to

11  extend the time to submit a Joint Case Management Statement from September 7, 2012 to

12  September 28, 2012 and continue the CMC from September 14, 2012 to October 5, 2012 at 8:30

13  a.m.;

14  WHEREAS, there have been no prior continuances of the Further Case Management

15  Conference;

16  WHEREAS, there have been two previous time modifications in this action:  (1) On July 7,

17  2011, the Court granted the parties' Stipulation to Set Briefing Schedule in connection with

18  AGFS's first motion to compel arbitration, which motion was vacated by stipulated order dated

19  October 31, 2011; and (2) on August 16, 2012 the Court granted the parties' Stipulation extending

20  the time by which AGFS must answer the SAC to an including August 21, 2012;

21  WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

22  WHEREAS, due to counsel's scheduling conflict, good cause exists for the continuance of

23  the Further Case Management Conference;

24  //

25  //

26  //

27  //

28

- 1 -

Case No. 3:11-cv-02869-CRB(LB)
STIPULATION TO CONTINUE CMC

LA 51580752

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
2 of record, that:
3  1.  The Further Case Management Conference currently scheduled for September 14,
4 2012 is continued to October 5, 2012; and
5  2.  The parties shall file a Joint Case Management Statement no later than September
6 28, 2012.
7  IT IS SO STIPULATED

DATED: August 30 , 2012   STROOCK & STROOCK & LAVAN LLP
                          JULIA B. STRICKLAND
                          JEFFREY B. BELL


                          By: _____/s/ Jeffrey B. Bell_____
                                      Jeffrey B. Bell

                          Attorneys for Defendant
                              SPRINGLEAF FINANCIAL SERVICES,
                              INC. formerly known as AMERICAN
                              GENERAL FINANCIAL SERVICES, INC.

DATED: August 30, 2012    BARRON, KEMNITZER & KRIEG LLP
                          BRYAN KEMNITZER
                          AMY TAY


                          By: _____Amy Tay_____
                                      Amy Tay

                          Attorneys for Plaintiff
                              LUCRESIA CISNEROS

- 2 -

Case No. 3:11-cv-02869-CRB(LB)
STIPULATION TO CONTINUE CMC

LA 51580752

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: _____September 4__, 2012         _____

4                                              Hon. Charles R. Breyer
                                             United States District Court Judge



- 3 -

LA 51580752