| | |
|---|---|
| KEMNITZER, BARRON, & KRIEG, LLP | |
| BRYAN KEMNITZER | Bar No. 066401 |
| WILLIAM KRIEG | Bar No. 066485 |
| AMY TAY | Bar No. 252600 |

445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
Attorneys for Plaintiff Lucresia Cisneros and the potential class

JULIA B. STRICKLAND    Bar No. 083013
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Ste. 1600
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Attorneys for Defendant Springleaf Financial Services, Inc. fka American General Financial Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCRESIA CISNEROS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC.; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:11-cv-02869-CRB<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] STIPULATED ORDER EXTENDING TIME TO FILE CLASS CERTIFICATION MOTION |

Plaintiff LUCRESIA CISNEROS ("Plaintiff") and defendant SPRINGLEAF FINANCIAL SERVICES, INC., formerly known as American General Financial Services, Inc. ("Defendant"), by and through their attorneys of record, hereby stipulate and agree as follows:

1

[Proposed] Stipulated Order Extending Time To File Class Certification Motion

WHEREAS, on December 14, 2012, the Court ordered Plaintiff to file a motion for class certification on or before April 5, 2013;

WHEREAS, the parties are currently exploring the possibility of settlement and need additional time to conduct settlement discussions;

WHEREAS, to avoid unnecessary law and motion practice and its attendant costs to the Court and the parties, the parties agree that Plaintiff's time to file a class certification motion should be extended for approximately one month;

Based upon the foregoing, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff's motion for class certification shall be filed on or before May 6, 2013.

Dated: March 29, 2013                KEMNITZER, BARRON & KRIEG, LLP

_____
AMY TAY
Attorney for Plaintiff

Dated: March 29, 2013                STROOCK & STROOCK & LAVAN LLP

_____/S/_____
JULIA STRICKLAND
Attorneys for Defendant SPRINGLEAF
FINANCIAL, INC. fka AMERICAN GENERAL
FINANCIAL, INC.

IT IS SO ORDERED that Plaintiff shall file a motion for class certification on or before May 6, 2013.

Dated: April 4, 2013                _____
                                     Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer