KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
WILLIAM KRIEG        Bar No. 066485
AMY TAY              Bar No. 252600
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
Attorneys for Plaintiff Lucresia Cisneros and the potential class

JULIA B. STRICKLAND     Bar No. 083013
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Ste. 1600
Los Angeles, CA  90067-3086
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959
Attorneys for Defendant Springleaf Financial Services, Inc. fka American General Financial Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCRESIA CISNEROS, individually and on behalf of others similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC.; and DOES 1-50, inclusive,<br><br>              Defendants.<br>_____/ | **Case No. 3:11-cv-02869-CRB**<br><br>CLASS ACTION<br><br>**AMENDED ORDER VACATING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING STATUS CONFERENCE** |

//

Plaintiff LUCRESIA CISNEROS ("Plaintiff") and defendant SPRINGLEAF FINANCIAL SERVICES, INC., formerly known as American General Financial Services, Inc. ("Defendant"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on December 14, 2012, the Court ordered Plaintiff to file a motion for class certification on or before April 5, 2013;

WHEREAS, on April 4, 2013, the Court entered a stipulated order extending the time for Plaintiff to file a class certification motion until May 6, 2013 so that the parties could discuss mediation and a possible settlement;

WHEREAS, the parties have now agreed to mediate this case and have scheduled mediation before the Hon. Edward Infante (Ret.) of JAMS on June 25, 2013;

WHEREAS, to avoid unnecessary law and motion practice and its attendant costs to the Court and the parties, the parties agree that the May 6, 2013 deadline for Plaintiff to file the class certification motion should be vacated and that a Status Conference should be scheduled for some time approximately two weeks after the parties' mediation to inform the Court of the status of mediation and settlement and discuss a briefing schedule for either preliminary approval or class certification, as applicable.

Based upon the foregoing, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The May 6, 2013 deadline for Plaintiff to file a motion for class certification shall be vacated.

2. The parties shall appear for a case management conference on **<u>July12, 2013</u>** at **<u>8:30 a.m.</u>** or such other date and time as the Court decides that is approximately two weeks following the parties' mediation on June 25, 2013 to apprise the Court of the status of mediation and settlement and to determine a briefing schedule for either preliminary approval or class certification.

Dated: April 30, 2013                          KEMNITZER, BARRON & KRIEG, LLP

By: /s/
BRYAN KEMNITZER
Attorneys for Plaintiff

Dated: April 30, 2013                          STROOCK & STROOCK & LAVAN LLP

By: /s/
JULIA STRICKLAND
Attorneys for Defendant SPRINGLEAF FINANCIAL, INC. fka AMERICAN GENERAL FINANCIAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 2, 2013

Hon. Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

Dated: April 30, 2013                          KEMNITZER, BARRON & KRIEG, LLP

By: /s/
BRYAN KEMNITZER
Attorneys for Plaintiff

Dated: April 30, 2013                          STROOCK & STROOCK & LAVAN LLP

By: /s/
JULIA STRICKLAND
Attorneys for Defendant SPRINGLEAF FINANCIAL, INC. fka AMERICAN GENERAL FINANCIAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 2, 2013

Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*