1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  SHANNON E. PONEK (State Bar No. 261135)
   2029 Century Park East
3  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   Email: *lacalendar@stroock.com*
5

6  Attorneys for Defendant
     SPRINGLEAF FINANCIAL SERVICES, INC.,
7    f/k/a AMERICAN GENERAL
     FINANCIAL SERVICES, INC.
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRESIA CISNEROS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiff,<br><br>      vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC. and DOES 1 through 50, inclusive,<br><br>            Defendants. | **Case No. 3:11-cv-02869-CRB(LB)**<br><br>**ORDER GRANTING <u>EX PARTE</u> APPLICATION OF DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC. TO SET CASE MANAGEMENT CONFERENCE ON OR BEFORE JULY 11, 2014** |

Case No. 3:11-cv-02869-CRB(LB)
[PROPOSED] ORDER

LA 51770504

# ORDER

The Ex Parte Application Of Defendant Springleaf Financial Services, Inc. To Set Case Management Conference On Or Before July 11, 2014 (the "Application") was taken under submission by the above-captioned Court. After full consideration of the Application and other matters presented, IT IS HEREBY ORDERED that the Application is GRANTED and that a case management conference will be held before Judge Charles R. Breyer on Friday, July 11, 2014 at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED**.

Dated:   June 30, 2014

_____
Honorable Charles R. Breyer
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
SHANNON E. PONEK

By:   /s/ Julia B. Strickland
          Julia B. Strickland

Attorneys for Defendant
   SPRINGLEAF FINANCIAL SERVICES,
   INC., f/k/a AMERICAN GENERAL
   FINANCIAL SERVICES, INC.

- 1 -

Case No. 3:11-cv-02869-CRB(LB)
[PROPOSED] ORDER

LA 51770504