STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  SPRINGLEAF FINANCIAL SERVICES, INC.,
  formerly known as AMERICAN GENERAL
  FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRESIA CISNEROS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **Case No. 3:11-cv-02869-CRB(LB)**<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION, CONTINUING HEARING TO AUGUST 15, 2014 AND INCREASING PAGE LIMIT TO 25 PAGES** |

1  WHEREAS, on June 24, 2014, plaintiff Lucresia Cisneros ("Plaintiff") filed a Motion for
2  Class Certification, Docket No. 65 (the "Motion"), and set a hearing on the Motion for August 8,
3  2014;
4  WHEREAS, the opposition of defendant Springleaf Financial Services, Inc. ("Springleaf"),
5  formerly known as American General Financial Services, Inc., currently is due on July 8, 2014 and
6  Plaintiff's reply in support of the Motion currently is due July 15, 2014;
7  WHEREAS, due to scheduling conflicts of Springleaf and Springleaf's counsel, Springleaf
8  has requested, and Plaintiff has agreed, to extend the deadline for Springleaf to file an opposition to
9  the Motion by one week, to and including July 15, 2014; extend the deadline for Plaintiff to file her
10  reply by one week, to and including July 22, 2014; and continue the hearing on the Motion by one
11  week, to August 15, 2014 at 10:00 a.m.;
12  WHEREAS, there have been no prior continuances of the deadline to file an opposition to
13  the Motion, reply in support of the Motion or hearing on the Motion;
14  WHEREAS, this Stipulation is made in good faith and not for purposes of delay;
15  WHEREAS, Plaintiff's memorandum of points and authorities in support of the Motion is
16  22 pages in length;
17  WHEREAS, this Court's Standing Order provides that a memorandum of points and
18  authorities, except for summary judgment motions, may not exceed fifteen (15) pages in length;
19  WHEREAS, Springleaf has requested, and Plaintiff has agreed, that Springleaf may exceed
20  the 15-page limitation and file a memorandum in opposition to the Motion not to exceed 25 pages
21  in length;
22
23
24
25
26
27
28

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-cv-02869-CRB(LB)

LA 51775805

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

1. Springleaf's time to file an opposition to the Motion shall be extended to and including July 15, 2014;

2. Plaintiff's time to file her reply in support of the Motion shall be extended to and including July 22, 2014;

3. The hearing on the Motion shall be continued to August 15, 2014 at 10:00 a.m; and

4. The length of Springleaf's memorandum in opposition to the Motion may be up to 25 pages.

DATED: July 1, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
SHANNON E. PONEK

By:  /s/ Shannon E. Ponek
         Shannon E. Ponek

Attorneys for Defendant
   SPRINGLEAF FINANCIAL SERVICES,
   INC. formerly known as AMERICAN
   GENERAL FINANCIAL SERVICES, INC.

DATED: July 1, 2014

BARRON, KEMNITZER & KRIEG LLP
BRYAN KEMNITZER
AMY TAY

By:  /s/ Amy Tay
         Amy Tay

Attorneys for Plaintiff
   LUCRESIA CISNEROS

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**<u>ORDER</u>**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   July 3, 2014   _____
Hon. Charles R. Breyer
United States District Judge

