KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER (State Bar No. 066401)
WILLIAM M. KRIEG (State Bar No. 066485)
NANCY BARRON (State Bar No. 099278)
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901

Attorneys for Plaintiff LUCRESIA CISNEROS
and Putative Class

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant SPRINGLEAF FINANCIAL SERVICES, INC.
   f/k/a AMERICAN GENERAL FINANCIAL
   SERVICES, INC.

# UNITED STATES DISTRICT COURT

## SAN FRANCISCO DIVISION

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRESIA CISNEROS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>   v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. dba AMERICAN GENERAL FINANCE, INC.; HISPANIC EDUCATIONAL, INC.; LOGIC'S CONSULTING, INC.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | **Case No. 3:11-cv-02869-CRB**<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**JOINT STATUS REPORT**<br><br>Date:       April 24, 2015<br>Time:      10:00 a.m.<br>Courtroom:  6 – 17th Floor<br>Hon. Charles R. Breyer |

## I. INTRODUCTION

Pursuant to the Clerk's minute entry setting a continued status conference [Dkt. No. 86], plaintiff Lucresia Cisneros ("Plaintiff") and defendant Springleaf Financial Services, Inc., formerly known as American General Financial Services, Inc. ("Springleaf" and together with Plaintiff, the "Parties") submit this joint report in advance of the Status Conference set for April 24, 2015.

Following the most recent settlement conference before Magistrate Judge Nathanael Cousins held on March 20, 2015, Judge Cousins circulated a mediator's proposal for settlement to the Parties. The Parties accepted that proposal, with slight modifications, and have now come to an agreement in principle on all salient terms of a settlement with the exception of one dispute related to the issuance of Form 1099s. Concurrent with the Motion for Preliminary Approval, the Parties will be requesting that the Court make a ruling as to whether Springleaf is required to issue Form 1099s to settlement class members.

As part of the settlement, the Parties have agreed on a proposed schedule to bring this matter to a close, which is as follows:

|    | Item | Date |
| --- | --- | --- |
| 1. | Deadline for Plaintiff to provide Springleaf with draft Settlement Agreement and Release ("SAR") and exhibits thereto | April 3, 2015 |
| 2. | Deadline for (i) Parties to have finalized and fully executed SAR; and (ii) Springleaf to provide Plaintiff with signed corporate declaration | April 17, 2015 |
| 3. | Settlement Conference with Judge Cousins in San Jose; Parties to remain at Settlement Conference until SAR is finalized and fully executed (if necessary) | May 7, 2015 at 2:00 p.m. |

- 1 -

JOINT STATUS REPORT
CASE NO. 3:11-CV-02869-CRB

LA 51825587
LA 51863757

| | Item | Date |
|---|---|---|
| 4. | Deadline for (i) Plaintiff to file Motion for Preliminary Approval; and (ii) Parties to jointly file request for order re 1099 issue | May 22, 2015 |
| 5. | Hearing on Motion for Preliminary Approval | June 26, 2015 |
| 6. | All other dates and deadlines to follow from Preliminary Approval | TBD |

Plaintiff has already circulated the draft SAR and exhibits thereto and is awaiting comments from Springleaf.

Because the Parties have arrived at a settlement in principle, Plaintiff is not pursuing her Motion for Class Certification [Dkt. No. 65] at this time.

The parties request that the Court adopt the briefing and hearing schedule set forth above.

Dated:  April 10, 2015						KEMNITZER, BARRON & KRIEG, LLP

							By: */s/ Bryan Kemnitzer*
							        Bryan Kemnitzer
							Attorneys for Plaintiff
							        LUCRESIA CISNEROS

Dated:  April 10, 2015						STROOCK & STROOCK & LAVAN LLP

							By: */s/ Julia Strickland*
							        Julia Strickland
							Attorneys for Defendant
							        SPRINGLEAF FINANCIAL SERVICES,
							        INC. f/k/a AMERICAN GENERAL
							        FINANCIAL SERVICES, INC.

### ATTESTATION OF SIGNATURE

I, Bryan Kemnitzer, am the ECF User whose ID and Password were used to electronically file this Statement.  I hereby attest that all other signatories listed, and on whose behalf this filing is

- 2 -

LA 51825587
LA 51863757

submitted, concur in the content of this filing and have authorized the electronic filing thereof.

/s/ *Bryan Kemnitzer*
BRYAN KEMNITZER

The status conference currently set for April 24, 2015 at 10:00 am is hereby vacated.

Signed: April 22, 2015

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LA 51825587
LA 51863757