IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRESIA CISNEROS,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC. ET AL.,<br><br>    Defendants.                                     / | No. C 11-02869 CRB<br><br>**ORDER GRANTING EXTENSION** |

The parties have submitted a stipulation to continue the deadline for filing the Motion for Preliminary Approval from June 5, 2015 to June 12, 2015.  See Mot. (dkt. 99).  The June 5, 2015 deadline itself reflects an extension from the original filing deadline of May 22, 2015.  See Stipulation (dkt. 95).  Accordingly, good cause appearing therefor, the Court GRANTS the parties' request to move the deadline to June 12, 2015, but cautions the parties that no further extensions will be given absent exceptional circumstances.

**IT IS SO ORDERED.**

Dated: June 5, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2869\order re extension.wpd